RENO BEAUVAIS, Appellant, *v.* THE CITY OF ST. LOUIS *et al.*, Respondents.

1. Leslie v. The City of St. Louis, *ante*, p. 474, affirmed.

*Appeal from St. Louis Circuit Court.*

*Henderschott & Chandler*, for appellant.

*Samuel Reber*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

The only question of any importance in this case was decided by this court at the present term in the case of Leslie v. The City of St. Louis. In accordance with that decision, the judgment herein must be reversed and the cause remanded.

Reversed and remanded. The other judges concur.